[jiffyordanh] [Bench Order No Hearing AP +]

ORDERED.

Dated: February 26, 2020

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br>Abdiel Echeverria<br>Isabel Santamaria<br>　　　　Debtor*　　　／ | Case No. 6:18−bk−07478−KSJ<br>Chapter 7 |
| Abdiel Echeverria<br><br>　　　Plaintiff* | |
| vs.<br><br>National Auto Finance Company, Inc<br><br>　　　Defendant*　　　／ | Adv. Pro. No. 6:19−ap−00141−KSJ |

### ORDER GRANTING RESPONSE

THIS CASE came on for consideration without a hearing of the **Response** (Doc. **51** ), filed by **Plaintiff Abdiel Echeverria** .

The Court having considered the record, the Response is Granted .

Defendants are directed to produce the servicing agreement between them as well as all other communications with the Debtors or other requested documents not previously produced no later than March 27, 2020.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

<u>Service Instructions:</u>

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.